NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1094

### ASYMMETRX, INC.,

Plaintiff-Appellant,

v.

### BIOCARE MEDICAL, LLC,

Defendant-Appellee.

Appeal from the United States District Court for the District of Massachusetts in case no. 07-CV-11189, Judge Richard G. Stearns.

ON MOTION

### O R D E R

Biocare Medical LLC. submits a motion to strike portions of Asymmetrx, Inc.'s reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this appeal. Copies of this order, the motion, and any response or reply, shall be transmitted to the merits panel.

FOR THE COURT

MAY 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2009

JAN HORBALY
CLERK

cc:     Steven M. Bauer, Esq.
        Douglas B. Otto, Esq.

s8